NO. 06-15-00061-CR

| BOBBY EUGENE CLARK, JR. | § | IN THE COURT OF APPEALS |
| | § | |
| VS. | § | SIXTH JUDICIAL DISTRICT |
| | § | |
| THE STATE OF TEXAS | § | TEXARKANA, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
8/20/2015 4:34:27 PM
DEBBIE AUTREY
Clerk

## MOTION TO WITHDRAW AS APPELLATE COUNSEL

TO THE HONORABLE COURT:

COMES NOW JONATHAN WHARTON, court-appointed attorney for the Defendant in this case, and moves pursuant to Anders v. California, 386 U.S. 378 (1967) to withdraw as appellate counsel because there are no non-frivolous issues to be raised in this appeal.

Respectfully submitted,

SNOW E. BUSH, JR., P.C.
420 N. Center Street
Longview, TX 75601
PHONE: (903) 753-7006
FAX: (903) 753-7278
E-MAIL: jonathanwharton1@sbcglobal.net

BY:_____
JONATHAN WHARTON
STATE BAR NO. 24075764
ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was served on the District Attorney's Office of Gregg County, counsel for appellee, on this the 20th day of August, 2015, by mail.

_____
JONATHAN WHARTON